# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2391
LT Case No. 16-2021-CF-3057-A

_____

TRE'SHAWN MARLO ANDRE
MILLER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Andrew Mich, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Steven Edward Woods,
Assistant Attorney General, Tallahassee, for Appellee.

December 16, 2025

PER CURIAM.

 AFFIRMED.

MAKAR, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____